UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

QUINCENA BAGGETT

VERSUS

C.W. RESOURCES

CIVIL ACTION

NO. 15-23-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 31, 2015 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED without prejudice pursuant to Local Rule 41(b)(1)(B) for failure to prosecute.

Baton Rouge, Louisiana, August 18, 2015.

---

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA